Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

FILED

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

OCT 1 7 2023

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

_____SAN ANTONIO_____ Division

Attachment to complain

page 1

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

Page 2,3,4,5,6

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names. Do not include addresses here.)*

Case No. SA23CA1319JKP

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☑ Yes ☐ No

# COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
## (Non-Prisoner Complaint)

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)  *page 1*

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name

Address

|  | *City* | *State* | *Zip Code* |
|---|---|---|---|

County

Telephone Number

E-Mail Address

### B.    The Defendant(s)  *page 2, 3, 4, 5, 6*

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

Name

Job or Title *(if known)*

Address

|  | *City* | *State* | *Zip Code* |
|---|---|---|---|

County

Telephone Number

E-Mail Address *(if known)*

☐ Individual capacity    ☐ Official capacity

Defendant No. 2

Name

Job or Title *(if known)*

Address

|  | *City* | *State* | *Zip Code* |
|---|---|---|---|

County

Telephone Number

E-Mail Address *(if known)*

☐ Individual capacity    ☐ Official capacity

Defendant No. 3

    Name

    Job or Title *(if known)*

    Address

| | *City* | *State* | *Zip Code* |
|---|---|---|---|

    County

    Telephone Number

    E-Mail Address *(if known)*

☐ Individual capacity    ☐ Official capacity

Defendant No. 4

    Name

    Job or Title *(if known)*

    Address

| | *City* | *State* | *Zip Code* |
|---|---|---|---|

    County

    Telephone Number

    E-Mail Address *(if known)*

☐ Individual capacity    ☐ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

    ☐ Federal officials (a *Bivens* claim)

    ☑ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Page 7 1st 2nd, ~~3rd~~, 4th, 5th 8th, 14th USa amendments

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials? N/A

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.    Page 8, 9, 10, 11, 12, 13

III.    **Statement of Claim**    Page 14, 15, 16, 17, 18, 19, 20

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?

B.    What date and approximate time did the events giving rise to your claim(s) occur?

C.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

IV.    **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

awaiting medical visit and results

V.    **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

Last pages after 20

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 10/17/2023

Signature of Plaintiff    _Henro B Berrocal_

Printed Name of Plaintiff    _Henry B Berrocal_

### B. For Attorneys

Date of signing: _____

Signature of Attorney    _____
Printed Name of Attorney    _____
Bar Number    _____
Name of Law Firm    _____
Address    _____
    _____
    _____ _____ _____
    *City*        *State*      *Zip Code*
Telephone Number    _____
E-mail Address    _____

**Letter of intent to sue in section 1983 and comply with any statute of limitations awaiting habeus corpus filing and FBI investigation**

Corporate Federal Officer Henry B Berrocal is awaiting the resolution of the illegal racial profiling criminal charges imposed on April 24, 2023, in Bexar County Adult Detention Center SID 1171539.
I filed a habeas corpus, and the filing number should be attached.
CASES Case #707399 and Case #709932. I want to file a section 1983 lawsuit to start with the pretrial, recollection of motions, such as motion of discovery, motion to compel, appointing lawyers, and all other motions.
Many allegations in the lawsuit might required the dismissal of the cases to pursue the 1983 lawsuit. However, many allegations do not require the closed or dismissal of the cases to pursue the allegations in the 1983 lawsuit.
In the allegation, we can notice civil rights violations of the

-**First Amendment** claims involving your right to freedom of speech, religion, and association;
-Second Amendment to keep and bear arms
-**Fourth Amendment** claims involving your right to be free from false arrest, illegal detention, malicious prosecution, and intentional police abuse;
-5th amendment
-**Eighth Amendment** claims involving your right to be free from cruel and unusual punishment, excessive bail, and fines;
-**Fourteenth Amendment** claims involving your right to be free from deprivations of life, liberty, or property without procedural due process.
and many other discriminatory acts

The allegations will be summited to the FBI, and a pending writ of habeas corpus will be summited to terminate the illegal criminal persecution against henry b Berrocal. Any FBI report will be attached to the lawsuit for further investigation.

Over 100 attorneys in Texas did not want to take my case, which can constitute a well-corrupted organization in the whole state.

Attachment

Page 1

 First paragraph

Plaintiff

1 CORPORATE FEDERAL OFFICER civils right and criminal research President
Henry B Berrocal,
Address 8402 Timber Belt San Antonio Texas 78250

2 Humanity for Wisdom Community Center Health and Human Services
Address 8402 Timber Belt San Antonio Texas 78250

3 Elegant and Happy LLC
Address 8402 Timber Belt San Antonio Texas 78250

4 Cycle of Management LLC
Address 8402 Timber Belt San Antonio Texas 78250

Page 2

_____SECOND PARAGRAPH_____

Defendant (s)


Government entity(s)

_____

-San Antonio Police Department Headquarters

address 515 S Frio St # B, San Antonio, TX 78207

Chief of Police William McManus
officer capacity


_____


-Leon valley police department
6400 El Verde Rd, Leon Valley, TX 78238

David Gonzalez
officer and individual capacity


_____


-Bexar County Adult Detention Center


Physical Address:200 N Comal Street
San Antonio, TX 78207
Page 3

Mailing Address:

200 N Comal Street
San Antonio, TX 78207

Administration Office: 210-335-6010
Detention Administration: 210-335-6219

Javier Salazar's Individual and official capacity

_____

District Attorney

101 W. Nueva
Paul Elizondo Tower 4th Floor
San Antonio, TX78205
210-335-2311

Joe Gonzalez
Individual and Official Capacity
_____

-Municipal Court court

Address 401 S Frio St, San Antonio, TX 78207

Frederick P. Garcia Jr. Official and individual capacity

Page 4

_____

-San Antonio Development Service
address 1901 S Alamo St, San Antonio, TX 78204


phone
 210-207-1111


Michael Shannon, PE, CBO, Director


individual and officer capacity

_____


San Antonio Impound Facility


210 881 8440
Address 3625 Growdon Rd.
San Antonio, TX 78227

_____


Mayor Ron Nirenberg


City Hall 100 Military Plaza
 San Antonio, TX 78205


individual and official capacity

_____

Page 5

 Non-Governmental entities in violation of civil rights

Alanis Wrecker Service, LLC
Phone
210-881-8440
address 1035 Culebra
San Antonio, Texas 78201

_____

-Great Northwest Community Center (HOA ASSOCIATION)

Pinkey Clinkscales
Deed Restrictions Officer
210.681.2983 ext.117
pclinkscales@greatnorthwest.org

_____

Google Fiber LLC
(833) 942-0105
corporation service company
211 east 7th street, suite 620, Austin 78701

_____

Page 6

James M Garcia
949 6845902

_____

Macias Gilbert
210 5354320
8402 TIMBER LOCHE, SAN ANTONIO, TX 78250

_____Jurisdiction Plea_____ *Page 7* _____

Basis for Jurisdiction
Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or
immunities secured by the Constitution and [federal laws]." Under Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain
constitutional rights.


A. Are you bringing suit against (check all that apply):
() Federal officials (a Bivens claim)
(X) State or local officials (a § 1983 claim)


B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by
the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?


The 1st, 2nd, 4th, 5th, 8th, and 14th ammendements.


Page 7

C. Plaintiffs suing under Bivens may only recover for the violation of certain constitutional rights. If you are suing under Bivens, what constitutional right(s) do you claim is/are being violated by federal
officials? N/A

*Page 8*

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner) D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under Bivens, explain how each defendant acted under the color of
federal law. Attach additional pages if needed.


Government entity(s)


San Antonio police department


In any police interaction, the officers were under the color of law by
The officers were on duty
was wearing a police uniform
has a body recording camera
used police equipment (like a squad car or handcuffs)
or carry out arrests or detentions.
Issue violation tickets citations or provide court date appearances
Flashed a badge


Hired police officers to enforce state, county, or city policies (laws-statues), the Texas Constitution, and the statutes of several Procedures. Employers are legally responsible for their employees' training, conduct, negligence, supervision, and other responsibilities.
Page 8

The San Antonio police department name of known individuals acting as color of law officers (without disregarding other unknown officers, entities, or individuals involved in the case)


Officers under color of law were involved in the illegal arrest with a warrant to conduct the arrest with 0 evidence. Deadly conduct charges with 0 probable cause.

Chief of Police William Mcmanus

Name of police officer(s) and badge number

JULIO CABRERA #2601
SUPERVISOR JOHN MARFIN #3239
RAYMOND DELEON #2628
Supervisor GALDINO VILLANUEVA #3089
ARTHUR LOPEZ #1639
EDWARD RODRIGUEZ #3286
JAMES DIAZ #0844

Officers under color of law were involved in the illegal arrest with a warrant to conduct the arrest with 0 evidence. Aggravated assault with a deadly weapon 0 probable cause.

Chief of Police William Mcmanus

Matthew Varos #0845
SGT. Alvarado #3322
HINOJOSA, EDUARDO #0993
WESCH, CHRISTOPHER #1561
SCRIPTER, ZACHARY R #1047
VELEZ, ORLANDO R #0726
CORREA, JONATHAN #0352
VAROS, MATTHEW J #0845
GRATASKI, SANDRA #2370
TORRES, BERNARDO #2265
PADILLA, CHRISTIAN #2511

Page 9


        Leon Valley police department

In any police interaction, the officers were under the color of law by
The officers were on duty
was wearing a police uniform
has a body recording camera
used police equipment (like a squad car or handcuffs)

or carry out arrests or detentions.
Issue violation tickets citations or provide court date appearances
Flashed a badge


Hired police officers to enforce state, county, or city policies (laws-statues), the Texas
Constitution, and the statutes of several Procedures. Employers are legally responsible for their
employees' training, conduct, negligence, supervision, and other responsibilities.
The San Antonio police department name of known individuals acting as color of law officers
(without disregarding other unknown officers, entities, or individuals involved in the case)


Chief Officer David Gonzalez


Officer Castro #532


Municipal Court


In any police interaction, the officers were under the color of law by
The officers were on duty
was wearing a police uniform
has a body recording camera
used police equipment (like a squad car or handcuffs)
or carry out arrests or detentions.
Issue violation tickets citations or provide court date appearances
Flashed a badge


Page 10

Municipal court works or hires police officers to enforce state, county, or city policies (laws-
statues), the Texas Constitution, and the statutes of several Procedures. Employers are legally
responsible for their employees' training, conduct, negligence, supervision, and other
responsibilities.
Municipal court department name of known individuals acting as the color of law officers
(without disregarding other unknown officers, entities, or individuals involved in the case)

-City of San Antonio vehicle impounds working with
-Alanis Wrecker Service, LLC.

AWS is a private company that helps the city hold seized impound vehicles until the owner pays to release the seized vehicle 24 hours, 7 days a week. The company acts under the color of law, helping the city search and seize vehicles on behalf of the city.

### San Antonio Development Services

In any police interaction, the officers were under the color of law by
The officers were on duty
was wearing a police uniform
used police equipment (like a squad car displaying San Antonio development services)
Issue violation tickets citations or provide court date appearances
Flashed a badge
Provide licensing, registration, and code enforcement
Works or hires police officers to enforce state, county, or city policies (laws-statues), the Texas Constitution, and the statutes of several Procedures. Employers are legally responsible for their employees' training, conduct, negligence, supervision, and other responsibilities.

San Antonio Development Services Department name of known individuals acting as the color of law officers (without disregarding other unknown officers, entities, or individuals involved in the case)

Michael Shannon, PE, CBO, Director city officer
Page 11

Many more unknown officers

### Bexar COUNTY Department(s)

### Jail Bexar County Adult Detention Center

In any police interaction, the officers were under the color of law by
The officers were on duty
was wearing a police uniform
has a body recording camera
used police equipment (like a squad car or handcuffs)
or carry out arrests or detentions.
Flashed a badge
imprisoned or detained individuals
provide warrants, bail fees, appointed attorneys,
enforce state, county, or city laws.


The county hires police officers to enforce state, county, or city policies (laws-statues), the Texas Constitution, and the statutes of several Procedures. Employers are legally responsible for their employees' training, conduct, negligence, supervision, and other responsibilities.


The Bexar name of known individuals acting as color of law officers (without disregarding other unknown officers, entities, or individuals involved in the case)


### Bexar County District attorney


The district attorney acts under the color of law.


follow the criminal state of city policies to criminalize people
who use police equipment (like a squad car or handcuffs)
Page 12

He has authority to command to carry out arrests or detentions.
Flashed a badge
He must imprison or detain individuals proceeding in the due process of law.
Provide or suggest warrants bail fees, appoint attorneys,
and enforce state, county, or city laws.


### Mayor Ron Nirenberg


The mayor acts under the color of law

enforcing city policies that violated people's civil rights
He ignored or knowingly proceeded to enforce the city policies that
affect many people who have their civil rights violated
Ignore overcrowded and incarcerated people based on racial profiling
discriminatory acts or abuse of power.

{Private entities or individuals}

Great Northwest Community Center organization

The organization acts under the color of law by
helping the police department file several reports in the last 3 years
work with San Antonio development services to enforce state, county, or city policies and
statutes.
Used police equipment like a squad car, saying Great Northwest Community Center organization
wear a police uniform with the name of the organization
helps the municipal court seize or report vehicles in the community by infraction tickets.

Google Fiber LLC is a private entity acting under the color of law, working on behalf of the city
to obtain licenses and permits from the city to work in many residential houses, developments, or
business practices. They wear colored vests to follow city or state law codes in

Page 13

public construction. Carry out tasks by the state in governmental contracts. In many instances,
the corporation trespasses and destroys property without the owner's notification.
Follows city codes to comply with the city, state in building contracts

Macias Gilbert
He claims to know and enforce state city policies and code enforcement policies.
He conducts reports on the HOA community and city policies.
Gather and assist neighbor in filing complaints on their behalf
Trespass property to inspect cleaning regulations on behalf of the city and hoa community

James M Garcia

Act under color of law reporting and enforce city policies for illegal or legal construction
He claims to be a lawyer or officer in investigations
He worked with the police to file a police report to enforce civil law procedures

*Page 14*

_____Fourth paragraph 1st allegation_____

(filing paperwork from google and san antonio development service must exist as proof)


In February-March of 2020, San Antonio Development Service came to my property to harass
me for anything related to code property violations, SEARCHING AND TRASSPASING the
property, leaving notes that they demanded entry to inspect the house for code violations.
Between February and April 2020, the code officers entered the property 3 times without
solicitation legal paperwork to have access. They demand entry to the property to inspect for
code property violations. They came inside forcibly, using intimidating tactics of arrest warrants
and fines, Interference, coercion, or intimidation
 if I did not let them in any search/inspection or trespass. I refuse 100% any illegal entry, and
anyone is notified to refuse entry unless by emergency or family/friends. After April 2020, I was
annoyed by their behavior and demanded to stop the illegal entries on my property. I have found
the San Antonio development services code officer inside my property more than 10 times.
Between April and June 2020, Google began digging, SEARCHING, and DESTROYING my
property, TRESPASSING, without providing any paperwork or notification of work on my
property. Google claimed to have paperwork from the city of SAN ANTONIO
DEVELOPMENT SERVICES licenses, permits, and paperwork to SEARCH, DESTROY, AND
TRESPASS on MY PROPERTY. The city of SAN ANTONIO DEVELOPMENT SERVICES
Page 14

will come in intervals with Google employees to DESTROY, SEARCH, AND TRESPASS my
property. After several months of work stopping and progressing, Google admitted fault for the
violations. Google admitted to refunding and paying the damages but never paid. They banned
me from services, and no apology letter was given. Google broke plumbing lines, electrical
devices, and the property's front lawn with all irrigation systems with the help of the CITY OF
SAN ANTONIO.


Second Allegation
(Evidence of 311 calls and 911 call should exist, also paperwork sent to henry exist)

Great Northwest Community Center (HOA COMMUNITY)


The homeowner association community and neighbors have worked with the police department
to continue the harassment since 2020. The HOA and neighbors have called the police and code

officers with minor issues to criminalize me for basically anything. The HOA and neighbors have abused the power to violate my civil rights, working in my arrest to remove me from the community because of my race. In the 911 call in the false police report, we hear the racist neighbor complaining about my ethnicity in a hate crime issue, testifying to harassment, and trespassing. In the 911 call, we hear the racist neighborhood speaking about my Native American ethnicity and admitting over 2 to 3 years complaining that I rented the space to blacks, Hispanic, and other minorities.


Since 2020, San Antonio Development Service has harassed me and the code compliance officers about once per week for insignificant issues, tickets for inspections, illegal entry of the property to inspect it, overgrow grass claims, and many more harassment issues at least once per week using Interference, coercion, or intimidation.
. (It should not be an issue recalling 311 report calls where police are called, code compliance, even firefighters are bothering in my property).


Between July 2020 to July 2022, harassment increased over time. The illegal SEARCH on the property and TRESPASSING to take pictures. The GREAT NORTHWEST COMMUNITY SERVICE works directly with the SAN ANTONIO DEVELOPMENT SERVICES AND MUNICIPAL COURT to notify, search, and TRESPASS my property, looking for code violations for 3 years at least 2 times per week. During those 2 years, THE GREAT NORTHWEST COMMUNITY SERVICE and SAN ANTONIO DEVELOPMENT SERVICE will leave notices, notes, demands, stops, and trespassing to enforce their policies violating THE 4th and 8th federal AMENDMENTS in the USA. They help directly racist neighbors remove me from the community, looking for any detail to criminalize me. As time went on in 2022, the
Page 15

 harassment increased even worse. The San Antonio police department detained me illegally on my property 2 times in 2022 between January and June in 8402 Timber Belt San Antonio, Texas 78250 to search inside my car or notify me that they will come to destroy my property. The GREAT NORTHWEST COMMUNITY SERVICE and SAN ANTONIO DEVELOPMENT SERVICES, working together with the SAN ANTONIO POLICE DEPARTMENT, will deliver notices of Interference, coercion, or intimidation
to DESTROY MY PROPERTY, TRESPASS, FINES, THREATS OF ARREST, deathly threats, OR lawsuits against myself or my property.


3rd Allegation
Evidence by police department must exist in the month of september 2022 body cam and police report)

One of the worst cases was (Around September 20 and September 27, 2022, a motion of discovery recording this issue should exist and a 911 call). A code complaint officer and the police officers knocked on my front door, claiming to inspect my property and request entry. They claim to demand entry for my safety to inspect my house. I refused entry, and the code

complaint officer raised his voice and stated, "If you don't allow us entry, we will come back and kill you." The code officer walked away, raised his voice, and stated, "We need entry; if you don't allow us, we will come back to kill you with a swat team." Then, I raised my voice to speak with the officers and told them I was ready to defend my life if needed. Right after my statement, the officers left my property. I then closed my front door. After a few hours, I felt scared, thinking about how public servants would say such things; I didn't know if I should call 911 because the officers said they would come back and follow through with their terroristic threat. But I decided to call 911 in case I left a voice message in case the officers returned to my property and decided to kill me. In the 911 call, I said I was building something in my backyard and writing a book. The 911 operator listened and hung up after 1 hour. The police officer sergeant called me that night to say that I should not be worried, nothing would happen to me, and we should speak within 2 days to de-escalate the issue. The sergeant came into my property. (police report and recording video evidence should be available.) I told him how the police officers and code-compliant officers were harassing me and threatening to harm me. The sergeant de-escalated the issue and told me not to worry; nothing would happen, and everything would be fine. I believe the sergeant, and he left. (A motion of discovery recording this issue should be available. Between September 20 and September 27, 2022)

Page 16

4th Allegation

Around August 1st and 15th, a neighbor named Macias Gilbert, for no reason, came onto my property to TRESPASS, DUMP GARBAGE, and MAKE A FALSE POLICE REPORT that I was having and using a weapon wrongfully with zero probable cause. However, in the police reports, videos, and evidence, the neighbor(s) claim to harass me with the HOA NORTHWEST

ASSOCIATION and SAN ANTONIO DEVELOPMENT SERVICE. Gilbert files REPORTs and ACT as AGENTS, claims to know certain POLICIES IN THE COMMUNITY, and does his best to ENFORCE THEM. In the statement and argument before the police arrived, MACIAS GILBERT claimed to work for the city. On 911, he claimed to have certain hate for the Mexican community. He proclaimed to be my neighbor. I never saw him in my life. Due to that report, I was DEPRIVED OF MY LIBERTY 5th Amendment violation with UNUSUAL PUNISHMENTS 8th Amendment.

After the false police report, the police arrived and detained me to investigate the report. I WAS SEARCH/SEIZED and interrogated by the police. I declared that no weapon was discharged or aimed, and I went outside to investigate because of excessive noise or possible car robbery. I saw

someone trespassing on my property and told MACIAS GILMERT to leave my property. THE POLICE FILE A 0 PROBABLE CAUSE CHARGE conducting an unlawful search and seizure, false report (a criminal fabrication record) that violates my 1st, 2nd, 4th, 5th, 8th, and 14 Amendment.). Later on, based on a false report.


5th Allegation


From October 2022 to April 2023, THE POLICE DEPARTMENT, SAN ANTONIO DEVELOPMENT SERVICE, THE MUNICIPAL COURT, and GREAT NORTHWEST COMMUNITY SERVICE kept HARRASSING, SEARCHING, TRESPASSING, and leaving notes and fines at least 3 times per week.


On April 24, it was one of the worst incidents. James M. Garcia, a racist professional squatter, called the police to file a false police report to avoid eviction based on lease violations, harassment based on my RACE, and unpaid rent fees. As a citizen, I KEEP AND BEAR FIREARMS. I tried to show good faith, even obtaining a license to carry in Texas. On April 24, 2023, around 5 pm, THE POLICE IN SAN ANTONIO ARREST me with 0 evidence, claiming to have a WARRANT for my ARREST, SEARCH, and SEIZURE of my laptop that had civil rights investigations in a FEDERAL NON PROFIT ORGANIZATION named HUMANITY Page 17

FOR WISDOM COMMUNITY CENTER HEALTH AND HUMAN SERVICES. I am the president of the federal nonprofit organization. The computer had reports and a book to be published explaining the corruption and civil rights violations. The police interfere in THE FREEDOM OF PRESS SEIZING the laptop. The laptop had business information of ELEGANTANDHAPPY LLC, which manages and creates leases for rentals and other documents for proper operation. CYCLE OF MANAGEMENT, which manages and logins in research investments on behalf of all businesses for henry b Berrocal.


The police also harass other individuals living on the premises, SEARCHING IN OTHER UNITS for something.
The police seized a cellphone used by all businesses to conduct interviews, research, and invest and other operations. The police SEIZED one firearm that I legally kept and bear. DESTROY a refrigerator and a TV, SEIZE 2 cars F450 used by Humanity for Wisdom and Elegant happy LLC contractor work operate and transport material, Nissan Altima 2010 used to travel for personal or business operations. The impound lot where my cars were SEIZURED doesn't have concrete. As a result, a lot of dust went inside the vehicle, breaking both AC compressors, and all maintenance had to be serviced to remove the dust particles that could damage the vehicle. The excessive FINES to release the vehicles and conditions to tow them outside the lot.
The same day during my arrest, I was handcuffed, waiting for the detective for around 5 or 6 hours. The TORTURE and PAIN of sitting while handcuffed, waiting for the detective, is

Page 18

traumatic. After 4 hours of insufferable pain, I did not feel my arms. I spoke with the officer about the pain, but he told me to wait. To this day, I still have pain in my neck, arms, and hands. While arrested, one officer wanted searched information on my cell phone, stating a terroristic threat to allow for the destruction of my property using intimidating tactics of arrest warrants and fines, Interference, coercion, or intimidation if I didn't provide the door password to access my house and my cell phone.

The detective arrived, read some warnings, and, with 0 probable cause, commanded me to take all the seized items mentioned above, charge me, and proceed with the transfer to jail.


6th Allegation


Here it is when even more governmental institutions are at fault. The judge magistrate, who works in BEXAR COUNTY ADULT DETENTION CENTER, failed to look at all civil rights violations to a corporate federal officer, henry B. Berrocal and placed a bond of $25,000 and $2500, a total of $27500. I couldn't leave jail, deprived of MY LIBERTY, excessive FINES and UNUSUAL PUNISHMENT. The district attorney obtained the case on 5/3/2023    INTAKE DA 24074324, and the District Attorney can still not see the civil rights violations to free me in jail.


Page 18

In BEXAR COUNTY ADULT DETENTION CENTER, I was placed in pain walking with shackles. It took over 24 hours to feed us horrible, low-nutritional food and not following federal

 guidelines of 2000-calorie daily intake. It was impossible to make a phone call as half of the 6 phones were broken and the instructions to use them were difficult and extremely outdated. If I could have been allowed at least 5 minutes to text my family on internet social media, I wouldn't have suffered so much pain from civil rights violations I will explain later in this dispute. Then, after 48 hours, I was placed on the 4th Floor with the most dangerous criminal with 0 evidence of doing any crime.

I could not obtain my SEIZED cell phone, so I couldn't communicate with anyone. I spoke with my defense attorney, who was recommended and had the authority to pay bonds. The correctional officer sergeant confirmed that information when I was under custody from the 20th

to the 25th day in jail. The sergeant suggested that I speak with my attorney to bond me out as he is licensed and has all the abilities to do so. He even claimed that staying in jail was a mindless choice for me. Even my attorney sent a letter that he writes bonds. Here it is in support of the negligence or fabrication of a criminal act from the DISTRICT ATTORNEY Joe D. Gonzalez's office could have noticed the civil rights violation against the Federal officer Henry B. Berrocal and all other federal crimes and decided to restrain my cellphone from buying more time, forcing my lawyer to no bond me out having a vicious intent to hide the evidence or fabricate a criminal act. (further federal law enforcement will be required to confirm the Allegation.)

Even when they knew I was innocent with 0 probable cause, DEPRIVING ME OF MY LIBERTY. The weeks passed, and I had a court appointment in 30 days. I decided to wait

because, without a cell phone, I did not have a chance to communicate with anyone. Even by letters, the communication is so restricted. Instead, I had to sell the calls to feed myself for the lack of food in jail. The jail serves an average of 800 to 1200 calories per day, 50% lower than the FEDERAL dietary guidelines of the Federal Department of Health and Human Services. It recommends a 2,000-calorie intake per person on average, but height and weight can change the recommended intake. In my recommended intake, I should eat 3000 calories per day based on my weight and height. It means that I should eat an intake of seven days total of 21,000 calories, but I eat only 7,000 calories per week in jail on average. It means that I ate for 3 days, and the other 4 days, I did not eat. The food quality was the worse I had ever eaten. The jail does not serve real meat. They serve soybeans, which are very dangerous for men to eat.

I was arrested without money 0 and just my car keys. In jail, international calls are not allowed, and I couldn't communicate abroad with my mom(only international calls to Canada are allowed), which doesn't make sense. 95% of incarcerated people are Hispanic, which could be a DISCRIMINATORY ACT against Ethnicity, RACE, AND ORIGIN COLOR that purposely bans international calls to Hispanic countries in Latin America, but white countries such as Canada are allowed.
Page 19

The living conditions inside the jail were too precarious. Unclean, non-painted for so many decades, rust was building up, which someone breathes it can cause lung damage or allergies, the AC system seems never to be clean in years, the place was overcrowded, incarcerating 2 people in jail cell sizes of 6ft x 9ft. The conditions are clearly against HUMAN RIGHTS AND UNUSUAL PUNISHMENT.

Inside Jail Bexar County Adult Detention Center
(further federal law enforcement is required.)

The incident happened between May 10 to June 5, 2023,

Between the 22nd and 35th, an extremely dangerous cellmate tried to kill me. Inside the cell, he sharpened a shank, which was later recovered by the police jail staff. The inmate was very angry and unstable as he tried to fight me 3 times with no issues. Before, I had two other cellmates, one for 15 days and one more for 2 days, and the 3rd inmate that I had issues with lived with me for around 10 to 15 days.
One night, the third inmate got angry in the jail section. He claimed he would stab someone or anyone to gain respect, as his deadly conduct charge was not big enough. I tried to calm him and explain that it wasn't true, but it didn't make sense. He sharpened a shank overnight and planned to stab someone the next overnight. I had to do something secretly to save innocent lives. I notified the guard in the morning shift and was separated into a different cell from the 4th-floor

CG section to the 2nd-floor AA section. I am not joking to say I saved 3 lives that day. I made a smart report where nobody would notice the claim. I was secretly released from the cell. I spoke with the police jail officers about the shank.

There were around 10 police jail officers with a body camera on. They went inside, found the item, and thanked me for saving lives that day. The issue with the report is that the cellmate got a shank, and I was afraid to be stabbed as he tried to fight me several times before for no reason until I used all my psychology to calm him down. The UNIVERSITY HEALTH is another witness. I spoke to the psychiatrist regarding the intent to kill me or placing me next to a very dangerous criminal (further federal criminal investigation is needed to understand why they placed a dangerous criminal in a cellmate with me and that my civil rights were violated, the criminal record bexar county shows that on May 3, 2023, the DA had the documentation of my case under review)(a motion to compel will be file against the jail county to investigate the incident even further)

Then, I was transferred to a different cellmate in a safer environment. I spoke with my lawyer regarding this issue, and he claims to have on the day 35th the motion of discovery on and will

Page 20

get back to me in 24 hours. After the 24th hour, he claimed that there was 0 evidence against my charges and that a habeas corpus would be filed in 90 days.

I stayed for 8 days in that jail section, the 2nd floor AA and it was extremely dirty and so hot inside with 0 AC. On the 44th day, I was bonded out by a friend I met in jail. When I came to my house due to the SAN ANTONIO POLICE SEARCH, my refrigerator was broken, all my food was spoiled, and my TV and cars were gone.

7th Allegation

The Municipal Court SEIZED and fined my vehicles with 0 reasons. The cars were parked properly and didn't violate any laws. The company that works for the city, Alanis Wrecker Service, LLC, towed and assisted the city government in enforcing the policy and transferring the car to the impounded facility

2 cars were seized: a Ford F450 2011, used by Humanity for Wisdom and Elegant Happy LLC contractors work to operate and transport material

and a Nissan Altima 2010, used to travel for personal or business operations.

The impound lot where my cars were SEIZURED doesn't have concrete. As a result, a lot of dust went inside the vehicle, breaking both AC compressors, and all maintenance had to be serviced to remove the dust particles that could damage the vehicle. The FINES to release the vehicles and conditions to tow them outside the lot are EXCESSESIVE, charging $400 to remove and tow them out of the impounded plus pay the fines, which I was charged $650 for my Nissan and $1200 for my Ford f450 plus $600 in tow fees as my vehicles could not operate and the impound facility force the drivers to use a towing company to get them out of the impound. Both cars had to have all fluid maintenance replaced for $600 for the Nissan and $900 for the f450, oil change,

steering fluid change, break oil change, transmission oil change, and all other oils in both cars. To my surprise, both units had the AC compressor broken, which cost $1100 in labor and parts for the F450 and $700 for the Nissan Altima. The F450 needs a new catalytic converter part and labor of $1500. In addition, the catalytic converter never has to be replaced or repaired in the car's lifetime unless particles get inside the car. In this case, the dust and dirt from the impounded lot.

Elegant Happy LLC uses the F450 vehicle to transport material for construction, deliveries, or contract works and has the cars towed, seized, and in non-working conditions. Elegant Happy lost $50,000 in revenue, and the car still needs repairs.

Page 21

Federal nonprofit Humanity for Wisdom uses the Nissan Altima 2010 for business meetings and traveling in San Antonio. The F450 is also used to help charity work in deliveries or uses in certain areas that require transporting material, tools, or other heavy items. The revenue losses were $10,000, and the inability to use the vehicle.

Cycle of Management LLC uses the Nissan Altima 2010 to attend meetings, workshops, conferences, and travel for business purposes. The company couldn't use the car for 6 months and missed many important appointments for loans and investments, offering $1,000,000 in lost investments or loans. The company lost $22,000 for the indirect distraction of missing appointments, repairs, rescheduling appointments, and being forced to administer the other business loans. CM was forced to sell stocks and bonds total of $15,000
to rescue Elegant Happy LLC, henry Berrocal, and Humanity for Wisdom for the excessive losses. The business was forced to lose access to $45,000 in margin loans as the money had to be withdrawn to pay for the fees and repairs to help keep operating the business and Henry B. Berrocal operations.

8th Allegation

On the day between the 17th and 21st of June 2023, the LEON VALLEY POLICE DEPARTMENT stopped me for an expired registration and said that a vehicle inspection was required to pay $90 for the sticker plus forced to repair minor issues in the car light blade wipers, the horn, etc. What concerns me is that a non-minor infraction requires a court date, or anyone can be imprisoned. On the court date, the Judge decided to fine me an extra $100, or an arrest

warrant would be placed if I didn't pay. It seems to be excessive FINES, RACIAL PROFILING, ABUSE OF POWER, and a way to take people's liberty for $190, not even a minor infraction.

_____

RELIEF

first 1st allegation claim relief

All the individuals and entities
HENRY B. BERROCAL,
ELEGANT & HAPPY LLC,
CYCLE OF MANAGEMENT LLC,
AND FEDERAL ORGANIZATION HUMANITY FOR WISDOM request

All the individuals and entities
HENRY B. BERROCAL,
ELEGANT & HAPPY LLC,
CYCLE OF MANAGEMENT LLC,
AND FEDERAL ORGANIZATION HUMANITY FOR WISDOM requests each to GOOGLE FIBER compensatory damage of 150k for the 4th amendment violation in trespassing and destroying property and $500,000 punitive damage digging and destroying property without notification to the property owner and destroying a part of the property where all the individuals and business reside. Plus, refund the destruction of $15,000 and the lost wages or force monetary investments to bring the businesses back to normal conditions.

All the individuals and entities

HENRY B. BERROCAL,
ELEGANT & HAPPY LLC,
CYCLE OF MANAGEMENT LLC,

AND FEDERAL ORGANIZATION HUMANITY FOR WISDOM requests to SAN ANTONIO DEVELOPMENT SERVICES each a compensatory damage of 150k for the 4th amendment violation in trespassing and destroying property and $500,000 punitive damage digging and destroying property without notification to the property owner and destroying part of the property where all the individuals and business reside. Plus, refund the destruction of $15,000 and the lost wages or force monetary investments to bring the businesses back to normal conditions.

Total property lost 15k total from Google and SAN ANTONIO DEVELOPMENT SERVICES in destroying my property lawn, repurchasing plants, lawn labor services, electrical service, plumbing repair, irrigation repair, and other losses. The damages are calculated based on the national price average. When a portion of the property is destroyed or damaged, the property all around the house has an appraisal value, plus redoing the work to refix it and the total loss.

Elegant Happy LLC lost in rental wages and commissions $32,000 as many tenants-prospect tenants left to look at the exterior place destroyed and in bad condition for 6 months until henry Berrocal or the other entities repaired it.

Cycle of Management lives on the same property searched, destroyed, and harassed by Google and San Antonio Development Services. CM was forced with no other choice but to pay for 20k in repairs on the property with 0 interest to avoid losses in HENRY B BERROCAL INVESTMENTS. Losing $2,000 in fees plus interest
requesting 20k in compensatory damages plus 80k for the wrongdoing and negligence of the civil rights violation indirectly affecting the business residing in the address

Humanity for Wisdom lives in the same property that was searched, destroyed, and harassed by Google and San Antonio Development Services
Humanity for Wisdom requested $50,000 for the interruption of the business, the 4th civil rights violation of its property without notification for over 6 months, and the destruction of the place where the business resides.

---

Relief 2nd allegation

All the individuals or entities

HENRY B. BERROCAL,
ELEGANT & HAPPY LLC
CYCLE OF MANAGEMENT LLC
AND FEDERAL ORGANIZATION HUMANITY FOR WISDOM

Look for compensatory relief from the Great Northwest Community.

to each individual or entity of

$ 150,000 for the 4th amendment violation of illegal searches and trespassing on the property for
over 3 years as compensatory damages and $2,000,000 as punitive damage for the violation of
the 8th Amendment for the aggravated harassment search-trespassing the property for several
years where all individuals and business entities reside. The harassment has uncalculated
emotional distress, loss of income to focus on the harassment, the ethical wrongdoing of a
community to follow up racist and discriminatory civil procedures, and abuse of power to
demand a federal entity what or what not to do. The continued harassment reporting with the
SAN ANTONIO DEVELOPMENT SERVICES and SAN ANTONIO POLICE DEPARTMENT
scale future situation that deprived and violated my and the entity's civil rights residing in the
property.

_____

3rd Allegation relief


HENRY B. BERROCAL,
ELEGANT & HAPPY LLC
CYCLE OF MANAGEMENT LLC
AND FEDERAL ORGANIZATION HUMANITY FOR WISDOM


illegal search and seizures knocking on my front door with terroristic threat
every individual and business entity requested $100,000 as compensatory damage for emotional
distress, psychological breakdown, and loss of wages for the severe threat and distraction that
affected my business in my investment decisions. I could not concentrate for over 6 months on
the federal organization. I could not perform my work with the threat distraction in my head. All
individuals and entities request Punitive damage of $400,000 to each individual/entity for the
severe terroristic threat in an illegal search and seizure violation of the 4th and 8th Amendments.

---

4th allegation relief


HENRY B. BERROCAL,



Request compensatory damage of $50,000 from Macias Gilbert for the deprivation of liberty in a
false police report, violation of the 4th and 5th Amendments, illegal search-trespassing on my
property, plus punitive damage of $500,000 for the racial hate toward a federal officer in
violation of the 8th Amendment in a criminal fabrication without 0 evidence and the unusual
punishment.


from SAN ANTONIO POLICE DEPARTMENT

Henry Berrocal requested compensatory damage of $25,000 for the illegal search and seizure violation of the 4th Amendment.

$500,000 for the illegal initialization of a criminal fabrication that later deprived me of my life violation of the 5th Amendment with unusual punishment violation of the 8th Amendment and a $2,000,000 punitive damage compensation for the illegal, malevolent intent to restrain my liberty in 0 actual evidence.

---

5th allegation relief

All the individuals or entities

HENRY B. BERROCAL,
ELEGANT & HAPPY LLC
CYCLE OF MANAGEMENT LLC
AND FEDERAL ORGANIZATION HUMANITY FOR WISDOM

relief in claim JAMES M GARCIA

All individuals and entities request from James M. Garcia a $50,000 compensatory damage for the false police report and DEPRIVATION OF LIBERTY in violation of the 1st, 2nd, 4th, and 5th Amendment $500,000 punitive damage for the racist hate toward and all civil right violation in henry B. Berrocal overstaying trespassing property in a false police report to avoid rental payment eviction and violate federal law in racial hate crime.

Seek compensation from the SAN ANTONIO POLICE DEPARTMENT.

violation of the Second Amendment, $200,000 in compensatory damages
plus $600,0000 in punitive damage for the violation and negligence to restrain my Second Amendment without prior investigation by the police for a racial hate crime and help racist

individuals restraining a FEDERAL CORPORATE OFFICER, henry B. Berrocal, of the 2nd Amendment for more than 6 months.

Illegal search-arrest-assault of compensatory damage of $250,000 for violation of the 4th Amendment, 8th Amendment in unusual punishment, and 14th Amendment to violate LEGAL DUE PROCESS
and $800,000 in punitive damage for the deprivation of liberty, criminal fabrication, and racist hate crimes. The city is so negligent not to investigate civil rights violations in false police reports of racist violations and deprive a federal officer, henry B. Berrocal, of his liberty without due process of law 5th and 14th Amendments.

Violation of the 14th Amendment and Unusual punishment 8th Amendment compensatory damage of $350,000 from the police officer who instigated hate to destroy a federal building to let a squatter reentry the property without due process of law 14th Amendment and $1,400,000 punitive damage for the terroristic threat and federal law violation of privacy to force handcuff federal officer henry b Berrocal to obtain the fingerprint key and force entry without due process of law. In an abuse of power to help a professional squatter overstay and criminalize a civil matter. The compensatory and punitive damages include federal law violation of privacy to enter someone's cellphone to obtain information without the proper law to obtain such information.

Each compensation will be to henry B. Berrocal, the corporate federal officer, and Humanity for Wisdom federal nonprofit.

Compensatory damages of $5,000,000 for violating the 8th Amendment for the illegal arrest and torture inside the police cars to hold me hostage in torturing pain Corporate federal officer henry B. Berrocal was illegally restrained for over 5 hours in handcuffed, causing torture and pain inside the car, and he didn't feel his arm after 4 hours of torturing pain in punitive damage of $20,000,000 for the excessive cause pain suffered by henry b Berrocal, surgery or medical practice might be needed in the still suffering back pain, neck pain, arm pain, and hand pain medical treatment or surgery might be required (doctor's medical examination might be required to attest more assertive compensatory damage and punitive damage)

Illegal search and seizure violation of the 4th Amendment to seize a computer worth $1800, a cellphone worth $2000, and a firearm worth $1200 with optics and lasers attached. The police destroyed a $1000 TV and a $ 4,000 refrigerator with groceries inside worth $500 and some construction materials worth $500, including a shovel, pick, and other construction materials. A total loss of $10,000 in seizure and destruction of items plus another $10,000 to repurchase or fix all items again

Total lost $20,000 henry B. Berrocal requested a $500,000 compensatory damage for violating his 4th Amendment, illegal seizure and destruction of property, plus $1,500,000 in punitive damage in the exaggerated violation to seize and destroy property not involved in the investigation. Plus the $20,000 in refund of the total lost

2 individuals look for the same compensation

Henry B. Berrocal, who purchased the items and incurred the lost

And federal nonprofit Humanity for Wisdom because those items were inside the federal property used by the federal nonprofit as well

The illegal laptop and cell phone seizure affected ELEGANT AND HAPPY LLC AND CYCLE OF MANAGEMENT in operating the businesses independently.

elegant happy to request a compensatory $25,000 for the illegal seizure of the laptop and cellphone in lost information and violation of federal privacy law

Cycle of management requested compensatory damage of $25,000 for the illegal seizure of the items in lost information and violation of federal law.

Humanity for Wisdom requested compensatory damage of $100,000 for the illegal seizure of the laptop that has information about several books to be released regarding civil rights violations and psychological and sociological research in criminal behavior. The violation OF THE FIRST AMENDMENT FOR THE RIGHT OF FREE PRESS and a $500,000 punitive damage for the wrongful act of violating and interfering in an investigation and accessing federal data without proper legal documentation.

Humanity for Wisdom requested compensatory damage of $100,000 for the illegal search of the property where other tenants live. The tenants were kicked out of the property to perform the search for 6 hours, which affected the business. As a result 2, tenants left because of violating their 4th amendment illegal search and harassment by the police.

---

6th Relief Allegation

Compensation from Bexar County Jail, District Attorney Department, and criminal courts

Henry Berrocal requested compensatory damage of $275,000 for the improper bail charges of aggravated assault and deadly conduct that violated the 8th Amendment of excessive bail with 0 evidence or probable cause and was arrested and charged with a $27,500 bail. Plus, refund the already paid $2750 paid.

Henry Berrocal requests a compensatory damage of $50,000 for the discriminatory act in the jail of not having international calls in Hispanic countries. However, in a white country, Canada, calls can be made. The county jail did not have international calls even if we decided to pay for them. I couldn't communicate with anyone. It can be considered a discriminatory and racist act against the Hispanic community.

Henry Berrocal requested compensatory damage of $11,000,000 for the illegal civil rights violation to deprive me of my liberty for 45 days and the violation of the 5th Amendment to arrest me and charge me without due process of law or previous investigation and racially profile me in a discriminatory act.
Henry Berrocal requested punitive damage of $40,000,000 for the worst 45 days he has experienced, starving me in jail on a malnutrition menu of 1000 calories per day. It is a civil right violation in the 8th Amendment as unusual punishment. The jail fails to provide the Dietary Guidelines the Federal Department of Health and Human Services provided, which recommend at least 2000 calorie intake. The jail will serve only 1000 calories on average. It is a punishment in life. Many other inmates will be willing to testify against this punishment. The jail was notified that I was hungry over 3 times and never provided a response or extra food. The punitive damage includes the precarious living conditions inside the jail, overcrowded, dirty, and viruses or bacteria all over the cells, ceiling, and AC units.

Henry Berrocal requested compensatory damage of $3,000,000 for the deprivation of liberty 5th amendment violation, jail rights violation, and the imprudent attempt to kill me or hurt me, placing me next to a very dangerous criminal for 15 days, an unusual and cruel punishment to be enclosed with someone for 15 days trying to fight me and kill me.

Henry Berrocal requested punitive damage of $9,000,000 for the negligence of placing a dangerous cellmate beside me. No evidence or criminal evidence was found, and by the record, the DA had the evidence on May 3 under review, a violation of the 8th Amendment as unusual and cruel punishment.

_____

7th Relief allegation

All the individuals or entities

HENRY B. BERROCAL,
ELEGANT & HAPPY LLC
CYCLE OF MANAGEMENT LLC
AND FEDERAL ORGANIZATION HUMANITY FOR WISDOM

Henry B. Berrocal requested a damage compensation of $20,000 for the 4th civil right violation to seize and hold the vehicles for personal use
and punitive damage of $80,000 for violating the 8th Amendment for excessive fines in the impound facility and damages while towing the cars. In addition, a refund for the damages, fees, and fines paid $7200 for the illegal seizure, destruction of my vehicle, and unrelated fees charged.

ELEGANT & HAPPY LLC Henry B. Berrocal requested a damage compensation of $50,000 for the 4th civil right violation to seize the vehicles used by the company
and punitive damage of $200,000 for violating the 8th Amendment for excessive fines in the impound facility, unusual punishment, and holding the vehicles

AND FEDERAL ORGANIZATION HUMANITY FOR WISDOM requested a damage compensation of $40,000 for the 4th civil right violation to seize and hold the use of vehicles for business purposes
and punitive damage of $160,000 for violating the 8th Amendment for excessive fines and unusual punishment in holding the vehicles for business operations

CYCLE OF MANAGEMENT LLC requested a damage compensation of $150,000 for the 4th civil right violation to seize and hold the vehicles
and punitive damage of $600,000 for violating the 8th Amendment, excessive fines, and unusual punishment in the impound facility holding the vehicles for business operations

_____

8th relief allegation

Henry Berrocal requested a compensatory damage of $50,000 for the illegal discriminatory racial stop and violation of the 4th Amendment.

Punitive damage of $100,000 for the illegal stop, continued harassment, racial profiling, violation of the 8th Amendment in charging excessive fines and fees, and threats to violate the 5th Amendment in not even a minor infraction unrelated to the law. Enforce to pay $110 for apparently no reason, using intimidating tactics and abuse of power to charge non-existent fines.

_____

Injunction Relief

I want an apology letter sign by each defendant in the lawsuit

-Remove from the office any officer defendant and open an investigation for federal civil rights violations, human right violations and corruption. (At the time of this lawsuit, several people are willing to testify against the corrupt institution violating their civil rights and human rights.)

-Remove any criminal charge that constitutes "FEAR" as it doesn't constitute any damage, intentional intent or criminal proceeding other than feel of "FEAR" which is an emotion to over criminalize cases in texas and all states in the USA.

-Open a corruption investigation against texas lawyers who are witness and complicees of seeing civil rights violations and no reporting the issues and play along with the corrupt system. At the time of the lawsuit San antonio TX does not have a civil right attorney or deny representing me

-Extend by law any statute of limitation in texas for 6 years minimum in all incidents (extend the law in every state). The current 1-year statue is an abuse of power awaiting to dismiss the criminal cases to not be sued. It is a master evil piece of law to violate the hispanic community rights, await and reset the court for 1 or 2 years and many lawyers do not want to represent victims of civil rights with open criminal cases

## TITLE 18, U.S.C., SECTION 242

-Defund Public Safety by 50% minimum at the time of this lawsuit. The city spends 60% of the total city budget on policing and 1% on nonprofit or social services. The city must invest in social services investment in the community to build new infrastructure, jails, mental facilities, family programs, homeless issues, and other social services instead of over-policing and criminalizing the Hispanic community. The spending must be given in the form of grants or contracts. It is a discriminatory act in the budget spending as 90% of people living in the south and west areas of San Antonio are Hispanic. Why does the city need 60% of the spending on public safety? It is a corrupt spending in a racial, discriminatory act against my Hispanic community.

-The police in cities, counties, and states have been corrupted to auto-analyze themselves for civil rights violations. As such, I request to create a law that for every 10% of public safety spending, the city, county, or state must provide 5% to a federal nonprofit organization to review and actively check complaints for civil rights violations against public servants. The auto analysis by the department is corrupt and inefficient. The federal government has to provide another 5% to accomplish the 10% for every 10% of public safety spending. By law, the federal government must check and verify civil rights violations, not only in trial. It must be at any time for any reason in several departments. Police misconduct is a threat to any USA citizen. The USA is the 1st country in the world to hold the most incarcerated people.
We need active research and spending to reduce crime effectively, as most incarcerated people stay in state jail. The Department of Justice and Humanity for Wisdom can actively work together to end or reduce violence in the USA with psychological, sociological, biological, medical, laws, medicine and more
.
-Provide a 10% annual budget of the city of San Antonio and Bexar County to federal nonprofit Humanity for Wisdom Community Center Health and Human Services to supervise civil rights violations and other community services relating to the Roots of Criminal Behavior. The budget has to come in their 60% public safety spending, either reducing 10% in public safety or cutting all public servant wages in the city and county Bexar.

-all code officers must wear body camera
-Create a policy to help any accused individual communicate with banks, mortgage loan agents, car loan agents, and other agents to avoid losing assets. Many innocent people lose their homes, cars, or money invested in private business decisions. (Power of attorney is not enough. The individual has the right to do it individually)
- provide more healthy food (ban coffee, sugar, and food with excess sodium), especially coffee, which is the one that provokes fights in jail. Replace it with calm teas
- hire a nutritionist to provide the right portion of food to each imprisoned person based on weight and height (not everyone can eat 800 to 1200 calories daily). Some people have to consume less or more calories.
- allow international calls (at least 1 per day for 10 minutes)
- respond more quickly with notary and library law services if requested by imprisoned people ( 1 day per month is abuse). Every request must be served within 72 hours to proportion the legal or notary work.
- people must have sunshine. Enclosed, people with no sunshine can develop medical illnesses.
- ban soy for male inmates as it is extremely harmful to men
-Remove Texas and any state policy that deprives liberty longer than 30 days. No person should be deprived of liberty for more than 30 days with 0 evidence. That's an abuse of power and a violation of the 8th Amendment as an unusual punishment.
- the price of the bond must be reduced overtime by 1% per day until the indictment, which is within 30 days for Texas's new policy if the person states longer than 30 days felony or misdemeanor without evidence or poor evidence. Any state must be ready for trial within 30 days or less or release the incriminated individual for the delay. The state must indict an accused individual within 15 days or release the person.


 Humanity for Wisdom Community Center Health and Human Services will be in charge of handling the following necessary infrastructure and programs to avoid future abuse in the city.


Force the county and city to build jails and courts that handle individual issues, such as
- jail and court to handle domestic violence cases (family court and jail)
- jail and court for being under the influence of substance abuse (drug rehab court and jail)
- jail and court for mental health issues (Mental clinic and jail)


The old jail tossing everyone inside at random must be done. It is a violation of prisoners' rights and a civil rights violation. Each crime requires a different approach to REABILITATE, not to punish or squeeze money out of people with bonds. Instead of bonds, people should pay for psychological help, drug rehabilitation, or mental medicine by force if their behavior is criminal.


It is recommended to have one private and one rule by the government.

INTERNAL REVENUE SERVICE
P. O. BOX 2508
CINCINNATI, OH  45201

DEPARTMENT OF THE TREASURY

Date: MAR 2 0 2020

HUMANITYFORWISDOMCOMMUNITYCENTERHEA
 LTHANDHUMANSERVICES
C/O HENRY BERROCAL
8402 TIMBER BELT
SAN ANTONIO, TX  78250-0000

Employer Identification Number:
 84-3893472
DLN:
 26053456001780
Contact Person:
 CUSTOMER SERVICE            ID# 31954
Contact Telephone Number:
 (877) 829-5500

Accounting Period Ending:
 December 31
Public Charity Status:
 509(a)(2)
Form 990/990-EZ/990-N Required:
 Yes
Effective Date of Exemption:
 November 28, 2019
Contribution Deductibility:
 Yes
Addendum Applies:
 No

Dear Applicant:

We're pleased to tell you we determined you're exempt from federal income tax
under Internal Revenue Code (IRC) Section 501(c)(3). Donors can deduct
contributions they make to you under IRC Section 170. You're also qualified
to receive tax deductible bequests, devises, transfers or gifts under
Section 2055, 2106, or 2522. This letter could help resolve questions on your
exempt status. Please keep it for your records.

Organizations exempt under IRC Section 501(c)(3) are further classified as
either public charities or private foundations. We determined you're a public
charity under the IRC Section listed at the top of this letter.

If we indicated at the top of this letter that you're required to file Form
990/990-EZ/990-N, our records show you're required to file an annual
information return (Form 990 or Form 990-EZ) or electronic notice (Form 990-N,
the e-Postcard). If you don't file a required return or notice for three
consecutive years, your exempt status will be automatically revoked.

If we indicated at the top of this letter that an addendum applies, the
enclosed addendum is an integral part of this letter.

For important information about your responsibilities as a tax-exempt
organization, go to www.irs.gov/charities. Enter "4221-PC" in the search bar
to view Publication 4221-PC, Compliance Guide for 501(c)(3) Public Charities,
which describes your recordkeeping, reporting, and disclosure requirements.

Letter  947