UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| HENRY B. BERROCAL et al., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | SA-23-CV-1319-JKP (HJB) |
| SAN ANTONIO POLICE DEPARTMENT, CHIEF WILLIAM MCMANUS, BEXAR COUNTY ADULT DETENTION CENTER, SHERIFF JAVIER SALAZAR, MAYOR RON NIRENBERG, SAN ANTONIO MUNICIPAL COURT, FREDERICK P. GARCIA JR., SAN ANTONIO DEVELOPMENT SERVICES, DIRECTOR MICHAEL SHANNON; SAN ANTONIO IMPOUND FACILITY, ALANIS WRECKER, JAMES M. GARCIA, and GILBERT MACIAS, | § § § § § § § § § § § § § § | |
| Defendants. | § | |

## ORDER STAYING AND
## ADMINISTRATIVELY CLOSING CASE

Before the Court is *pro se* Plaintiff's Motion to Vacate. (Docket Entry 90.) Pretrial and scheduling matters in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b). (*See* Docket Entry 5 and Text Entry dated October 26, 2023.)

In his motion, Plaintiff requests that the Court "place my case on stay until I am release[d] from jail and I can properly and legally research law." (Docket Entry 90, at 1–2.) No party has responded to Plaintiff's motion.

The Court construes Plaintiff's motion as a request to stay of proceedings pending his release from incarceration, and finds it well-taken. Plaintiff's motion (Docket Entry 90) is therefore **GRANTED**, and this case is **STAYED** pending Plaintiff's release from incarceration.

In light of the Stay, Plaintiff's Motion to Compel (Docket Entry 95) is **DENIED AS MOOT**.

Plaintiff must file an Advisory to the Court within 14 days of his release from incarceration. If he remains incarcerated as of **February 14, 2025**, Plaintiff must file an Advisory to the Court regarding his incarceration as of that date, and every three months thereafter so long as he remains in incarceration.

This case is **ADMINISTRATIVELY CLOSED** pending further order of the Court.[1]

**SIGNED** on November 14, 2024.

Henry J. Bemporad
United States Magistrate Judge

---

[1] The U.S. Clerk is directed to send a copy of this Order to Plaintiff at the Bexar County Jail. Until Plaintiff's release or transfer from that facility, it is not necessary to mail copies to any other address.