UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| HENRY B. BERROCAL, HUMANITY FOR WISDOM COMMUNITY CENTER HEALTH AND HUMAN SERVICES, ELEGANT AND HAPPY LLC, CYCLE OF MANAGEMENT LLC, | Case No. 5:23-CV-01319-JKP |
| *Plaintiffs*, | |
| v. | |
| SAN ANTONIO POLICE DEPARTMENT HEADQUARTERS, CHIEF OF POLICE WILLIAM MCMANUS, OFFICER CAPACITY; LEON VALLEY POLICE DEPARTMENT, DAVID GONZALEZ, OFFICER AND INDIVIDUAL CAPACITY; BEXAR COUNTY ADULT DETENTION CENTER, JAVIER SALAZAR, INDIVIDUAL AND OFFICIAL CAPACITY; DISTRICT ATTORNEY, JOE GONZALEZ, INDIVIDUAL AND OFFICIAL CAPACITY; MUNICIPAL COURT COURT, FREDERICK P. GARCIAJR., OFFICIAL AND INDIVIDUAL CAPACITY; SAN ANTONIO DEVELOPMENT SERVICE, PE, CBO, DIRECTOR MICHAEL SHANNON, INDIVIDUAL AND OFFICER CAPACITY; SAN ANTONIO IMPOUND FACILITY, MAYOR RON NIRENBERG, INDIVIDUAL AND OFFICIAL CAPACITY; ALANIS WRECKER SERVICE, LLC, GREAT NORTHWEST COMMUNITY CENTER, (HOA ASSOCIATION); PINKEY CLINKSCALES, DEED RESTRICTIONS OFFICER; GOOGLE FIBER LLC, JAMES M GARCIA, GILBERT MACIAS, | |
| *Defendants*. | |

# FINAL JUDGMENT

For the reasons stated in the Court's Memorandum Opinion and Orders, (*ECF Nos. 86, 122, 127*), no causes of action remain in this matter. Accordingly, because the Court has now dismissed all causes of action against Defendants, it issues this Final Judgment pursuant to Fed. R. Civ. P. 58 and **DISMISSES** this action. Plaintiff takes nothing from his causes of action against Defendants.

The Clerk of Court is **DIRECTED** to mail, **via certified mail with return receipt requested**, a copy of this Order to:

1) Henry B. Berrocal, 8402 Timber Belt, San Antonio, Texas 78250

It is so ORDERED.
SIGNED this 11th day of September, 2025.

_____
JASON PULLIAM
UNITED STATES DISTRICT JUDGE